# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **SHIELDMARK, INC.,** | ) | Case No.  1:13 CV 572 |
| | ) | |
| **Plaintiff,** | ) | **Judge Dan Aaron Polster** |
| | ) | |
| **v.** | ) | |
| | ) | **TRANSFER ORDER** |
| **INSITE SOLUTIONS, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Defendant Insite Solutions, LLC, previously filed a motion seeking to consolidate this patent case with another patent case, 1:13-cv-223, which is currently pending before Judge Nugent.  The motion was initially denied.  However, last week, the Court held a case management conference and learned that the two cases, although they involve different patent numbers, involve the same parties and the same allegedly infringing product, thereby making consolidation the prudent course of action.  Judge Nugent has agreed to accept transfer of this case as related to his case, which is the older of the two.  *See* Local Civil Rules 3.1(b)(3).

Accordingly, the Clerk is ordered to transfer this case as related to 1:13-cv-223.

**IT IS SO ORDERED.**

    */s/Dan Aaron Polster 7/18/13*
**Dan Aaron Polster**
**United States District Judge**