IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| SHIELDMARK, INC., ) | |
| ) | CASE NO.: 1:12 CV 223 |
| Plaintiff, ) | 1:13 CV 572 |
| ) | |
| v. ) | JUDGE DONALD C. NUGENT |
| ) | |
| INSITE SOLUTIONS, LLC. ) | |
| ) | |
| Defendant. ) | <u>JUDGMENT ORDER</u> |
| ) | |

For the reasons set forth in this Court's Memorandum Opinion and Order, the Defendant's Motions for Summary Judgment of Non-Infringement (ECF # 58 in case number 1:12 CV 223, and ECF #16 in case number 1:13 CV 572), are hereby GRANTED.  Judgment is entered in favor of Defendant, InSite, and these cases are dismissed.  IT IS SO ORDERED.

    /s/ Donald C. Nugent
Judge Donald C. Nugent
United States District Judge

Date:   November 19, 2013