# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| SHIELDMARK, INC. | ) | CASE NO.: 1:13-cv-00572-DCN |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | |
| | ) | |
| INSITE SOLUTIONS, LLC | ) | **NOTICE OF APPEAL** |
| | ) | |
| Defendant. | ) | |

Notice is hereby given that Plaintiff, ShieldMark, Inc., in the above-captioned case hereby appeals to the United States Court of Appeals for the Federal Circuit from: (1) the "Memorandum Opinion and Order" [ECF # 23] granting Defendant's Motion for Summary Judgment of Non-Infringement entered in this action on November 20, 2013; and (2) the "Judgment Order" [ECF # 24] in favor of Defendant entered on this action on November 20, 2013.

Respectfully submitted,

*/s/ Martin J. Pangrace*
W. Scott Harders (#0070598)
Martin J. Pangrace (#0073857)
**BRENNAN, MANNA & DIAMOND, LLC**
75 E. Market Street
Akron, OH  44308
Telephone: (330) 253-5060
Facsimile:  (330) 253-1977
E-Mail:  wsharders@bmdllc.com
         mjpangrace@bmdllc.com

*/s/ Susan L. Gragel*
Susan L. Gragel (#0002785)
**GOLDSTEIN GRAGEL LLC**
526 Superior Avenue, East, Suite 1040
Cleveland, OH  44114
Telephone: (216) 771-6633
Facsimile:  (216) 771-7559
E-Mail:  sgragel@ggcounsel.com


*/s/ Mark B. Cohn*
Mark B. Cohn (#0027878)
**DUBYAK, CONNICK, SAMMONS,
THOMPSON & BLOOM, LLC**
3401 Enterprise Pkwy., Suite 205
Cleveland, OH  44122
Telephone: (216) 364-0500
Facsimile:  (216) 364-0505
E-Mail:  mark@markcohnlaw.com


***Attorneys for Plaintiff, ShieldMark, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of December, 2013, a copy of the foregoing *Notice of Appeal* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                */s/ Martin J. Pangrace*
                                                Martin J. Pangrace, Esq.